# Court of Appeals
# of the State of Georgia

ATLANTA,   October 01, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0155.  MILTON LEE TERRY v. THE STATE.**

Milton Lee Terry, defendant in this criminal case, filed a pro se motion for out-of-time appeal.  The trial court denied Terry's motion, and he filed this appeal.  The trial court entered its order on June 25, 2012, and Terry filed his notice of appeal on August 10, 2012.

A trial court's order denying an out-of-time appeal is subject to direct appeal.  See *Rowland v. State*, 264 Ga. 872, 876 (2) (452 SE2d 756) (1995).  However, a notice of appeal must be filed within 30 days of the court's entry of the order.  See id.; see also OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Terry filed his notice of appeal 46 days after entry of the order he seeks to appeal.  His appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, 10/01/2012
   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
   Witness my signature and the seal of said court hereto affixed the day and year last above written.

  , *Clerk.*